IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
HECTOR H. BALDERAS, Attorney General
of New Mexico,

    Plaintiff,

v.                                                                                  16-cv-1380 WJ/WPL

BENJAMIN BORAZGHI, a/k/a Benjamin Borazzi,
a California resident; ROOSEVELT LAW CENTER, P.C.,
a California corporation; MATTHEW RALPH CHANEY,
a California resident; PEJAEMAN F. GHANEIAN,
a California resident; QUANTUM STAFFING AND
MARKETING, INC., a California corporation;
PROFESSIONAL STAFFING AND MARKETING, INC.,
a California corporation, d/b/a www.HRAHelp.org, an unidentified
business or trade name, d/b/a www.homereliefadvocate.com, an
unidentified business or trade name, d/b/a www.hracasereview.com,
an unidentified business or trade name, d/b/a www.Hpahelp.com, an
unidentified business or trade name, d/b/a www.HomeOwnersReliefAlliance.com,
an unidentified business or trade name, d/b/a PriorityProcessing.com,
an unidentified business or trade name, d/b/a Priority-Processing.com,
an unidentified business or trade name; SECURE SETTLEMENT, INC.,
a California corporation; MIRACLES FOR HOMEOWNERS MARKETING,
INC., a California corporation; DOES 1-10; and XYZ COMPANIES 1-10,

    Defendants.

### ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE

This matter is before me *sua sponte*. On April 17, 2017, I entered an Order scheduling a telephonic status conference for July 17, 2017, at 8:30 a.m. (Doc. 35.) Although defense counsel appeared for the status conference, counsel for the State of New Mexico and New Mexico Attorney General Hector Balderas did not do so.

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

IT IS THEREFORE ORDERED that Angelica Anaya-Allen, counsel for the State of New Mexico and New Mexico Attorney General Hector Balderas, shall send a letter to my chambers showing cause for her absence at the July 17 status conference no later than **July 18, 2017, at 5:00 p.m.** This letter shall be emailed (**wplproposedtext@nmcourt.fed.us**) or faxed (**(505) 348-2305**) to my chambers.

IT IS FURTHER ORDERED that the July 17 status conference is hereby VACATED and RESET for **July 20, 2017, at 8:30 a.m. The parties will call the Court's "meet-me" line at (505) 348-2356** to participate in the status conference at that time.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.