# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
HECTOR H. BALDERAS, Attorney General
of New Mexico,

       Plaintiff,

v.                                          16-cv-1380 WJ/WPL

BENJAMIN BORAZGHI, a/k/a Benjamin Borazzi,
a California resident; ROOSEVELT LAW CENTER, P.C.,
a California corporation; MATTHEW RALPH CHANEY,
a California resident; PEJAEMAN F. GHANEIAN,
a California resident; QUANTUM STAFFING AND
MARKETING, INC., a California corporation;
PROFESSIONAL STAFFING AND MARKETING, INC.,
a California corporation, d/b/a www.HRAHelp.org, an unidentified
business or trade name, d/b/a www.homereliefadvocate.com, an
unidentified business or trade name, d/b/a www.hracasereview.com,
an unidentified business or trade name, d/b/a www.Hpahelp.com, an
unidentified business or trade name, d/b/a www.HomeOwnersReliefAlliance.com,
an unidentified business or trade name, d/b/a PriorityProcessing.com,
an unidentified business or trade name, d/b/a Priority-Processing.com,
an unidentified business or trade name; SECURE SETTLEMENT, INC.,
a California corporation; MIRACLES FOR HOMEOWNERS MARKETING,
INC., a California corporation; DOES 1-10; and XYZ COMPANIES 1-10,

       Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

On July 17, 2017, I entered an Order to Show Cause (Doc. 52), requiring counsel to show

cause why she failed to appear for the Status Conference on July 17, 2017. It now appearing that

counsel has submitted an adequate response, the order to show cause is quashed.

IT IS SO ORDERED.


_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.