# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
HECTOR H. BALDERAS, Attorney General
of New Mexico,

      Plaintiff,

v.                                                                                    16-cv-1380 WJ/WPL

BENJAMIN BORAZGHI, a/k/a Benjamin Borazzi,
a California resident; ROOSEVELT LAW CENTER, P.C.,
a California corporation; MATTHEW RALPH CHANEY,
a California resident; PEJAEMAN F. GHANEIAN,
a California resident; QUANTUM STAFFING AND
MARKETING, INC., a California corporation;
PROFESSIONAL STAFFING AND MARKETING, INC.,
a California corporation, d/b/a www.HRAHelp.org, an unidentified
business or trade name, d/b/a www.homereliefadvocate.com, an
unidentified business or trade name, d/b/a www.hracasereview.com,
an unidentified business or trade name, d/b/a www.Hpahelp.com, an
unidentified business or trade name, d/b/a www.HomeOwnersReliefAlliance.com,
an unidentified business or trade name, d/b/a PriorityProcessing.com,
an unidentified business or trade name, d/b/a Priority-Processing.com,
an unidentified business or trade name; SECURE SETTLEMENT, INC.,
a California corporation; MIRACLES FOR HOMEOWNERS MARKETING,
INC., a California corporation; DOES 1-10; and XYZ COMPANIES 1-10,

      Defendants.

## ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE

      This matter is before me *sua sponte*. On April 17, 2017, I entered an Order scheduling a telephonic status conference for July 17, 2017, at 8:30 a.m. (Doc. 35.) Although defense counsel appeared for the status conference, counsel for the State of New Mexico and New Mexico Attorney General Hector Balderas did not do so. I then issued an Order to Show Cause and reset the telephonic status conference for 8:30 a.m. on July 20, 2017. (Doc. 52.) Although defense

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

counsel again appeared for the status conference, Ms. Angelica Anaya-Allen did not. This was the second telephonic conference in this case for which Ms. Anaya-Allen failed to timely appear.

IT IS THEREFORE ORDERED that the Status Conference set for July 20, 2017, is VACATED. A show-cause hearing and status conference is set for **July 31, 2017, at 8:30 a.m.**, in the **Hondo Courtroom** of the Pete V. Domenici United States Courthouse, **333 Lomas Blvd. NW, Albuquerque, New Mexico**. Plaintiff's counsel, Ms. Anaya-Allen, shall appear in person for this hearing. Defense counsel may appear in person or by calling the Court's "meet-me" line at (505) 348-2356. It is recommended that a reliable long-distance carrier be used to ensure sound quality.

William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.