IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*.
HECTOR H. BALDERAS, Attorney General of New Mexico,

    Plaintiff/Petitioner,

v.                                                                             Case No. 1:16-cv-01380 WJ-WPL

BENJAMIN BORAZGHI, aka BENJAMIN BORAZZI,
a California resident, *et al.*,

    Defendants/Respondents.

## STIPULATED ORDER DISMISSING DEFENDANT BORZAGHI'S MOTION TO COMPEL AND PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

THIS MATTER came before the Court on the Defendant Borazghi's Motion to Compel and Plaintiff's Motion for Enlargement of Time. The parties have reached an agreement in resolution of the matters raised in Defendant Borazghi's Motion to Compel, rendering Plaintiff's Motion for Enlargement of Time moot. The parties have conferred and agreed to dismiss both motions.

IT IS SO STIPULATED BY AND THROUGH COUNSEL OF RECORD.

 

_____
**WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE**

Submitted by:
**HECTOR H. BALDERAS
NEW MEXICO ATTORNEY GENERAL**

    */s/ Angelica Anaya Allen*_____
Angelica Anaya Allen
Assistant Attorney General
201 Third St. NW, Ste. 300

1

Albuquerque, NM 87102
Voice: (505) 717-3570
aanaya@nmag.gov
Attorney for Plaintiff


Approved by:

*Via e-mail: August 4, 2017*
David G. Reynolds
P.O. Box 293
Placitas, NM 87043
davereynoldslaw@gmail.com
Attorney for Defendants